# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:09-00194 |
| | ) | Judge Trauger |
| | ) | |
| PROKERRYON N. PRIMM | ) | |

## O R D E R

A revocation hearing was held on December 18, 2012. The defendant admitted the two violations in the Superseding Petition (Docket No. 76), and the court finds those violations established.

It is hereby **ORDERED** that the defendant's supervision is **REVOKED**, and he is sentenced to serve 18 months in the custody of the Bureau of Prisons, with no additional period of supervised release to follow.

The court recommends to the Bureau of Prisons that the defendant receive drug treatment while he is incarcerated.

It is so **ORDERED**.

ENTER this 18th day of December 2012.

_____
ALETA A. TRAUGER
U.S. District Judge